```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
AT&T CORP.,                             :
                                        :
                      Petitioner,       :
                                        :      07 Civ. 7676 (DLC)
           -v-                          :
                                        :           ORDER
OBLIO TELECOM, INC.,                    :
                                        :
                      Respondent.       :
----------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/2/07

DENISE COTE, District Judge:

Having given the parties an opportunity to be heard in a telephone conference on October 2, 2007, it is hereby

ORDERED that the Clerk of Court shall unseal this action, including all documents filed in this action before the issuance of this Order.

SO ORDERED:

Dated:    New York, New York
          October 2, 2007

                                    _____
                                              DENISE COTE
                                       United States District Judge