

JUDGE COTE

Steven M. Bierman
Lynn A. Dummett
Sidley Austin LLP
787 Seventh Avenue
New York, New York 10019
(212) 839-5300

*Attorneys For Petitioner AT&T Corp.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

AT&T CORP.,

          Petitioner,

   vs.

OBLIO TELECOM, INC.,

          Respondent.

------------------------------------------------------------x

07 CIV 7676

No. _____

**RULE 7.1 STATEMENT**

**FILED UNDER SEAL**

FILED
2007 AUG 28 PM 4:59
U.S. DISTRICT COURT
S.D. OF N.Y.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Petitioner AT&T Corp. is a wholly owned subsidiary of AT&T Inc., which itself is a publicly-held company. No publicly-held company owns more than 10% of AT&T Inc. stock.

Dated: New York, New York
        August 27, 2007

                                          SIDLEY AUSTIN LLP

                                          By: _____
                                              Steven M. Bierman
                                              Lynn A. Dummett
                                              787 Seventh Avenue
                                              New York, New York  10019
                                              (212) 839-5300

                                              Attorneys for Petitioner AT&T Corp.

Of Counsel:
Howard Spierer, Esq.
AT&T Corp. – Senior Litigation Attorney
One AT&T Way
Bedminster, New Jersey  07921

2

NY1 6293678v.1