JUDGE COTE

Steven M. Bierman
Lynn A. Dummett
Sidley Austin LLP
787 Seventh Avenue
New York, New York 10019
(212) 839-5300

*Attorneys For Petitioner AT&T Corp.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

07 CIV 7676

---------------------------------------------------------------x

AT&T CORP.,

               Petitioner,

vs.

OBLIO TELECOM, INC.,

               Respondent.

---------------------------------------------------------------x

No. _____

**AFFIDAVIT OF LYNN A. DUMMETT IN SUPPORT OF PETITION TO CONFIRM PARTIAL FINAL ARBITRATION AWARD**

**FILED UNDER SEAL**

STATE OF NEW YORK   )
                             ) s.s.:
COUNTY OF NEW YORK )

      LYNN A. DUMMETT, being first duly sworn, hereby deposes and says:

      1.    I am an attorney admitted to the Bar of the State of New York and this Court, and a member of the law firm of Sidley Austin LLP, counsel for Petitioner AT&T Corp. ("AT&T"). I submit this Declaration based upon personal knowledge in support of AT&T's Petition To Confirm Partial Final Arbitration Award.

      2.    Attached hereto as Exhibit 1, submitted under seal, is a true and correct copy of the Partial Final Award of Arbitrator Walter G. Gans, dated July 24, 2007, rendered in AT&T's favor and against Respondent Oblio Telecom, Inc. ("Oblio") in the arbitration, before the American Arbitration Association, captioned *Oblio Telecom, Inc. v. AT&T Corp.*, No. 13 494 Y 02732 06 (the "Arbitration").

3. Attached hereto as Exhibit 2, submitted under seal, is a true and correct copy of a Purchase Order for AT&T Wholesale Enhanced Prepaid Card Service between AT&T and Oblio, dated August 16, 2001.

4. Attached hereto as Exhibit 3, submitted under seal, is a true and correct copy of a Stipulation of Undisputed Facts, dated June 8, 2007 entered into between AT&T and Oblio in the Arbitration, and so ordered by the Arbitrator on June 11, 2007.

5. Attached hereto as Exhibit 4, submitted under seal, is a true and correct copy of a letter from Steven M. Bierman to C. John Scheef III, Esq. dated July 30, 2007.

_____
Lynn A. Dummett

Sworn to and subscribed before me
this 27th day of August, 2007

_____
Notary Public

**GEORGE L. CONOVER, JR.**
Notary Public, State of New York
No. 01CO4883710
Qualified in New York County
Commission Expires Feb. 23, 2011

2

NY1 6292925v.1