# AFFIDAVIT OF PROCESS SERVER

In The United States District Court for the Southern District of New York

AT&T Corp.  
Plaintiff(s)  
v  
Oblio Telecom, Inc.  
Defendant(s)

Case No: 07 CIV 7676

I declare that I am a citizen of the United States, over the age of eighteen and not a party to this action. And that within the boundaries of the state where service was effected, I was authorized to perform said service

**Service:** I served Oblio Telecom, Inc.

**With the documents:** Order; Notice of Petition; Petition; Affidavit of Lynn Dummett; Civil Cover Sheet; and Local Rules

**Person Served:** Scott LaScala of The Corporation Trust Company, Registered Agent

**Service Address:** The Corporation Trust Company, 1209 N. Orange St., Wilmington, Delaware 19801

**Date of Service:** August 29, 2007      **Time of Service:** 3:15 p.m.

**Manner of Service:** (X) By personally delivering copies to the person/authorized agent of entity being served.
( ) By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof
( ) By leaving copies at the dwelling house or usual place of abode of the person being served, with a member of the household 18 or older and explaining the general nature of the papers.
( ) By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

( ) Unknown at address      ( ) Evading                      ( ) Moved, left no forwarding   ( ) Other
( ) Address does not exist   ( ) Service canceled by Litigant   ( ) Unable to serve in a timely fashion

**Description:** Age: 40's   Sex: M   Race: W   Hgt: 5'10"   Wgt: 170   Hair: Brown   Glasses: No

I declare under penalty of perjury that the information contained herein is true and correct and this affidavit was executed on:

August 30, 2007            at   Wilmington,      Delaware
Date                            City             State

                                        Daniel Newcomb, Process Server
State of Delaware                       Delaware Attorney Services
County of New Castle                    2000 Pennsylvania Avenue, Suite 207
                                        Wilmington, DE 19806 (302) 429-0657

Subscribe and sworn before me a Notary Public of the State of Delaware on August 30, 2007

Witness My Hand and Official Seal To

Kimberly J. Ryan, My Commission Expires 6/15/08
Notary Public, State of Delaware

KIMBERLY J. RYAN
NOTARY PUBLIC-DELAWARE
My Commission Expires June 15, 2008