Christopher P. Milazzo (CM-9974)
Joseph J. Welch (JW-4812)
SICHENZIA ROSS FRIEDMAN FERENCE LLP
61 Broadway, 32nd Floor
New York, New York 10006
(212) 930-9700 (tel.)
(212) 930-9725 (fax)

*Attorneys for Respondent Oblio Telecom, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| AT&T CORP., | Case No. 07 Civ. 7676 (DLC) |
| Petitioner, | |
| -against- | **RESPONDENT OBLIO TELECOM, INC.'S RULE 7.1 STATEMENT** |
| OBLIO TELECOM, INC., | |
| Respondent. | |

---

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Respondent Oblio Telecom, Inc., is a wholly owned subsidiary of Titan Global Holdings, Inc., a publicly-held company. No publicly-held company owns more than 10% of Titan Global Holdings, Inc. stock.

Dated: New York, New York
       October 5, 2007

SICHENZIA ROSS FRIEDMAN
FERENCE LLP

By: _[signature]_
       Christopher P. Milazzo, Esq. (CM-9974)
       Joseph J. Welch, Esq. (JW-4812)
61 Broadway, 32nd Floor
New York, New York 10006
(212) 930-9700 (phone)
(212) 930-9725 (fax)
*Attorneys for Respondent Oblio Telecom, Inc.*

To: Lynn Ann Dummett, Esq.
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019
(212) 839-5938 (phone)
(212) 839-5599 (fax)