Christopher P. Milazzo (CM-9974)
Joseph J. Welch (JW-4812)
SICHENZIA ROSS FRIEDMAN FERENCE LLP
61 Broadway, 32nd Floor
New York, New York 10006
(212) 930-9700 (tel.)
(212) 930-9725 (fax)

*Attorneys for Respondent Oblio Telecom, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

——————————————————————
AT&T CORP.,                                :   Case No. 07 Civ. 7676 (DLC)
                                           :
                                           :   <u>Oral Argument Requested</u>
            Petitioner,                    :
                                           :   **NOTICE OF MOTION
    -against-                              :   TO VACATE PARTIAL
                                           :   FINAL ARBITRATION AWARD**
OBLIO TELECOM, INC.,                       :
                                           :
            Respondent.                    :
——————————————————————

**PLEASE TAKE NOTICE**, that upon the annexed Memorandum of Law in Opposition to AT&T's Petition to Confirm Partial Final Arbitration Award and in Support of its Motion to Vacate or, in the Alternative, Stay Enforcement of the Award, filed on this date, Respondent Oblio Telecom, Inc. ("Oblio"), by its undersigned counsel, will hereby move this Court at 500 Pearl Street, New York, New York, 10007 on November 5, 2007 at 9:30 a.m., or as soon thereafter as counsel may be heard, for an Order, pursuant to Section 10 of the Federal Arbitration Act, 9 U.S.C. §§ 1 et seq., (a) vacating the Partial Final Award dated July 24, 2007 in the arbitration entitled *Oblio Telecom, Inc. v. AT&T Corp., No. 13 494 Y 02732 06* (the "Partial Final Award"), or alternatively, granting a stay of enforcement of the Partial Final Award; and (b) granting Oblio such other, further and different relief as the Court may deem just and proper.

The undersigned hereby request oral argument on this motion.

**PLEASE TAKE FURTHER NOTICE**, that pursuant to Local Civil Rule 6.1 (b) of the United States District Courts for the Southern and Eastern Districts of New York, any opposing affidavits and answering memoranda shall be served within ten (10) business days after service of the moving papers.

Dated: New York, New York
October 5, 2007

           SICHENZIA ROSS FRIEDMAN
           FERENCE LLP

           By: _____
                Christopher P. Milazzo, Esq. (CM-9974)
                Joseph J. Welch, Esq. (JW-4812)
           61 Broadway, 32nd Floor
           New York, New York 10006
           (212) 930-9700 (phone)
           (212) 930-9725 (fax)

           *Attorneys for Respondent Oblio Telecom, Inc.*

           Of Counsel:
           Michael Fischer, Esq.
           Aaron H. Aizenberg, Esq.
           KRAVIT, HOVEL & KRAWCZYK, S.C
           825 North Jefferson
           Milwaukee, WI 53202

To:    Lynn Ann Dummett, Esq.
        Sidley Austin LLP
        787 Seventh Avenue
        New York, NY 10019
        (212) 839-5938 (phone)
        (212) 839-5599 (fax)