**MEMO ENDORSED**



# SIDLEY

SIDLEY AUSTIN LLP
787 SEVENTH AVENUE
NEW YORK, NY 10019
(212) 839 5300
(212) 839 5599 FAX

BEIJING
BRUSSELS
CHICAGO
DALLAS
FRANKFURT
GENEVA
HONG KONG
LONDON

LOS ANGELES
NEW YORK
SAN FRANCISCO
SHANGHAI
SINGAPORE
SYDNEY
TOKYO
WASHINGTON, D.C.

ldummett@sidley.com
(212) 839-5938

FOUNDED 1866

October 11, 2007

**By Hand**

The Honorable Denise L. Cote
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1040
New York, New York 10007

RECEIVED OCT 15 2007
CHAMBERS OF DENISE COTE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/15/07

Re:  AT&T Corp. v. Oblio Telecom, Inc.
     Case No. 07 Civ. 7676

Dear Judge Cote:

    We represent Petitioner AT&T Corp. ("AT&T") in the above-captioned proceeding, and we submit this letter jointly with counsel for Respondent Oblio Telecom, Inc. to respectfully request that the Court, for the reasons which follow, enter an amended and consolidated scheduling order in respect of AT&T's Petition for Confirmation and Respondent's Motion to Vacate the Partial Final Arbitration Award. No previous request for the relief sought herein has been submitted to the Court.

    As the Court is aware, by Order dated September 10, 2007, the Court established a briefing schedule in respect of AT&T's Petition for Confirmation. That Order provided that Respondent's opposition to AT&T's Petition was due on October 5, 2007, and that AT&T's reply in further support of confirmation is due five business days after service of Respondent's opposition. Respondent served its opposition to confirmation, together with a Motion to Vacate the Partial Final Arbitration Award, on October 5, 2007. Under the Court's September 10, 2007 Order, AT&T's reply in further support of its Petition for Confirmation is due on Monday, October 15, 2007. However, Respondent's Motion to Vacate the Partial Final Arbitration Award is returnable on November 5, 2007. Pursuant to Local Civil Rule 6.1(b), AT&T's papers in opposition to Respondent's Motion to Vacate must be served within ten business days after service of the Motion (by October 22, 2007), and Respondent's reply papers, if any, must be served within five business days after service of AT&T's opposition to the Motion to Vacate (by October 29, 2007).



The Honorable Denise L. Cote
October 11, 2007
Page 2

    In light of Respondent's Motion to Vacate, the parties respectfully submit that a consolidated briefing schedule is warranted, wherein AT&T will file only one set of papers in further support of its Petition and in opposition to Respondent's Motion to Vacate, and Respondent will submit a reply in further support of its Motion to Vacate. Accordingly, AT&T and Respondent respectfully request that the Court enter an amended and consolidated scheduling order which permits AT&T to serve and file, on or before October 22, 2007, its reply in further support of the Petition and its opposition to the Motion to Vacate, and provides that Respondent's reply in further support of its Motion to Vacate is due five business days after service of AT&T's reply and opposition.

Respectfully submitted,

Lynn A. Dummett

cc: Christopher P. Milazzo, Esq.
    Sichenzia Ross Friedman Ference LLP
    Attorneys for Respondent

*Granted.*

*Denise Cote*
*October 15, 2007*

NY1 6367210v 1