USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/29/07

COTE, S.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------x
AT&T CORP.,

          Petitioner,

vs.

OBLIO TELECOM, INC.,

          Respondent.
-----------------------------------------x

No. 07 Civ. 7676 (DLC)

**STIPULATION AND
ORDER OF DISMISSAL**

        WHEREAS, AT&T Corp. and Oblio Telecom, Inc. are parties to the arbitration pending before the American Arbitration Association as Case No. 13 494 Y 02732 06 (the "Underlying Arbitration"); and

        WHEREAS, on August 27, 2007 AT&T Corp. filed a Petition to confirm a Partial Final Award granted in its favor on July 24, 2007 in the Underlying Arbitration (the "Petition"); and

        WHEREAS, on October 5, 2007 Oblio Telecom, Inc. filed a Motion to Vacate the Partial Final Award (the "Motion to Vacate"); and

        WHEREAS, the parties have entered into a settlement agreement in connection with the Underlying Arbitration (the "Settlement Agreement"), whereby the parties have stipulated to the dismissal of the Underlying Arbitration and Oblio Telecom, Inc. agreed to withdraw its Petition with the Federal Communications Commission filed on or about April 16, 2007; and

        WHEREAS, pursuant to the Settlement Agreement the parties have agreed to the filing of this Stipulation and Order of Dismissal of the above-captioned action;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, that the Petition and Motion to Vacate are withdrawn and that the above-captioned action be dismissed with prejudice, with each party to bear its own costs.

Dated: New York, New York
October 26, 2007

*The Clerk of Court shall close the case.*

SIDLEY AUSTIN LLP

_____
Steven M. Bierman
Lynn A. Dummett
787 Seventh Avenue
New York, New York 10019
(212) 839-5300

*Attorneys for Petitioner AT&T Corp*

SICHENZIA ROSS FRIEDMAN FERENCE LLP

_____
Christopher P. Milazzo
Joseph J. Welch
61 Broadway, 32nd Floor
New York, New York 10006
(212) 930-9700

Michael Fischer
Aaron H. Aizenberg
KRAVIT, HOVEL, KRAWCZYK. S.C.
825 N. Jefferson Street
Milwaukee, Wisconsin 53202

*Attorneys for Respondent Oblio Telecom, Inc.*

SO ORDERED:

Dated: New York, New York
October 29, 2007

_____
DENISE COTE
United States District Judge

2